Board of Managers of the Towers on the Park Condominium, Plaintiff-Respondent,
against
Anthony De Silva, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Lisa A. Sokoloff, J.), entered March 1, 2017, after inquest, directing the entry of judgment in favor of plaintiff in the principal sum of $49,305.12.




Per Curiam.
Appeal from order (Lisa A. Sokoloff, J.), entered March 1, 2017, deemed an appeal from the ensuing judgment (same court and Judge), entered May 15, 2017, and so considered (see CPLR 5520[c]), appeal dismissed, without costs, as nonappealable.
No appeal lies from a default judgment, or its underlying order, entered upon an uncontested inquest (see CPLR 5511; Salomon v Angsten, 63 AD3d 564 [2009]). Although defendant subsequently moved to vacate the default, he failed to appeal from the order denying that motion.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 17, 2018